*Suffolk Superior Curt 04-0979*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT T. WISNIEWSKI, JR.<br>Plaintiff, | )<br>)<br>) |
| v. | ) C.A. No. |
| COUNTY OF SUFFOLK<br>Defendant, | )<br>)<br>)<br>) |



## NOTICE OF REMOVAL

The Defendant-Petitioner County of Suffolk, petitions pursuant to 28 U.S.C. § 1441 for removal from the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts the action entitled *Robert T. Wisniewski, Jr. v. County of Suffolk*, pending in Suffolk County as Civil Action No. 04-0979.

1. This action involves allegations that the Defendant deprived the Plaintiff of his constitutional rights and was brought pursuant to 42 U.S.C. §1983.

2. This action is subject to removal by the Defendant-Petitioner by virtue of the provisions of 28 U.S.C. §1441.

3. This petition for removal is filed within thirty days of receipt of the Summons and Complaint, copies of which are attached hereto.

Wherefore, the Defendant- Petitioner, Suffolk County, petitions that this action be removed.

Respectfully submitted,
DEFENDANT
COUNTY OF SUFFOLK,
By its attorney,

*Ellen M. Caulo*
Ellen M. Caulo

RECEIVED MAY 4 2004

I HEREBY ATTEST AND CERTIFY ON
MAY 10, 2004, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
ASSISTANT CLERK.

BBO #545250
Deputy General Counsel
Suffolk County Sheriff's Department
200 Nashua Street
Boston, MA 02114
(617) 989-6681

### CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served a true copy of the foregoing papers upon Plaintiff's attorney, Robert H. Tobin, Jr., 735 South Street, Roslindale, MA 02131, by first class mail on April 24, 2004.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 24th DAY OF APRIL, 2004.

_Ellen M. Caulo_
Ellen M. Caulo



## SUCV2004-00979
### Wisniewski Jr v Suffolk

| File Date | 03/08/2004 | Status | Disposed: transfered to other court (dtrans) |
|---|---|---|---|
| Status Date | 05/05/2004 | Session | G - Civil G |
| Origin | 1 | Case Type | E03 - Action against Commonwealth/municpl |
| Lead Case | | Track | A |

| Service | 06/06/2004 | Answer | 08/05/2004 | Rule12/19/20 | 08/05/2004 |
|---|---|---|---|---|---|
| Rule 15 | 06/01/2005 | Discovery | 04/27/2006 | Rule 56 | 06/26/2006 |
| Final PTC | 10/24/2006 | Disposition | 03/08/2007 | Jury Trial | Yes |

**Plaintiff**
Robert T Wisniewski Jr
Active 03/08/2004

**Private Counsel 499426**
Robert H Tobin Jr
Tobin & Tobin
735 South Street
Roslindale, MA 02131
Phone: 617-325-1010
Fax: 617-325-1055
Active 03/08/2004 Notify

**Defendant**
County of Suffolk
Served: 03/31/2004
Served (answr pending) 04/07/2004

**Private Counsel 545250**
Ellen M Caulo
Suffolk County Sheriff's Dept
200 Nashua Street
Boston, MA 02114
Phone: 617-989-6681
Fax: 617-989-6562
Active 04/20/2004 Notify

| Date | Paper | Text |
|---|---|---|
| 03/08/2004 | 1.0 | Complaint & jury demand on complaint (all issues) |
| 03/08/2004 | | Origin 1, Type E03, Track A. |
| 03/08/2004 | 2.0 | Civil action cover sheet filed |
| 04/07/2004 | 3.0 | SERVICE RETURNED: County of Suffolk(Defendant) (In hand on 3/31/04) |
| 04/16/2004 | 4.0 | Motion of deft to enlarge time for filing ANSWER or responsive pleadings to & incl May 24, 2004 & assented to (w/o opposition) |
| 04/26/2004 | | MOTION (P#[4) Allowed time within which to file answer or other responsive pleading is enlarged up to and including 5/24/04 (Connolly,J) Notice Sent 4/22/04 (entered 4/21/04) |
| 05/04/2004 | | Certified copy of petition for removal to U. S. Dist. Court of Deft. County Of Suffolk U. S. Dist.#(04-10839PBS). |
| 05/05/2004 | | Case REMOVED this date to US District Court of Massachusetts |

case01 236090 y y y y y y

HEREBY ATTEST AND CERTIFY ON
MAY 10, 2004, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY _____

ASSISTANT CLERK.

Page 1 of 1