**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:   Civil No. 04-10839

Title:  Wisniewski, Jr. v. County of Suffolk

**N O T I C E**

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been returned to the Clerk for reassignment. Please take notice that this case previously assigned to Judge  Saris  has been reassigned to Judge  Lasker  for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials  MEL  .

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

By:   /s/ Christine Patch
Deputy Clerk

Date:  6/15/04

(Notice of LR40.1 Reassign.wpd - 3/15/02)                                         [ntccsasgn.]